IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
17 NOV 20  PM 4:05
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ KO
           DEPUTY CLERK

SUZANNE KILPATRICK,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY
SITUATED;
         Plaintiff,

-vs-

LTD MERCHANT SERVICES, INC.,
         Defendant.

CAUSE NO.:
A-17-CA-01005-SS

**ORDER**

BE IT REMEMBERED on this day there was presented to the Court the Notice of Voluntary Dismissal [#5] filed by the plaintiff in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Notice of Voluntary Dismissal [#5] is GRANTED in all respects and this lawsuit is hereby DISMISSED without prejudice.

SIGNED this the 30th day of November 2017.

/s/ Sam Sparks
UNITED STATES DISTRICT JUDGE